## WINGO v. THE STATE.

(Decided December 15th, 1914.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. A. H. ALSTON.

GEO. E. BUSH, for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

BROWN, J.—Affirmed on the record.

---

## WEILDING v. BARBOUR.

(Decided November 25th, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

No counsel marked for appellant. W. T. STEWART, for appellee.

Per curiam. Affirmed for want of assignment of errors.

---

## BARBER v. THE STATE.

(Decided February 2nd, 1915.)

APPEAL from Coffee Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for appellant. WILLIAM L. MARTIN, Attorney General, for appellee.

PELHAM, P. J.—Affirmed on the record.

---

## BATTLE v. THE CITY OF ANNISTON.

(Decided January 12th, 1915.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for appellant. S. W. TATE, for appellee.

Per curiam. Affirmed on certificates.